THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 12, 2010

Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Arthur R Rowell and Carol J Rowell

Debtors.

Chapter: 7

Case No. 10-20975-SVK

**ORDER GRANTING MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the motion of Wells Fargo Bank, N.A. the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant") for an order for relief from the automatic stay and abandonment with respect to the property located at 1800 Dogwood Ave, North Las Vegas, NV 89030-5280, and there being no opposition thereto,

IT IS HEREBY ORDERED that motion is in all respects granted including the movant's request for an award of its legal fees and costs in the amount of $700.00 and relief from the automatic stay is granted to the movant with respect to the property located at 1800 Dogwood Ave, North Las Vegas, NV 89030-5280.

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on our client's behalf and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

IT IS FURTHER ORDERED that, with respect to the motion for abandonment, abandonment of the estate's interest in the property will occur upon the trustee's filing of a no asset report, the trustee's affirmative abandonment of the property in question or the entry of the order confirming the sheriff's sale in the movant's foreclosure action in state court. Nothing herein shall prevent the trustee from claiming any surplus funds which may exist after the property has been sold and the movant has been paid in full.

IT IS FURTHER ORDERED that this order shall be effective immediately upon its entry.

#####